| | |
|---|---|
| DEBORAH MICHELE BRANHAM ) | |
| ) | |
| v. ) | No. 3:08-00700 |
| ) | JUDGE CAMPBELL |
| GANNETT SATELLITE INFORMATION ) | |
| NETWORK, INC. d/b/a THE DICKSON ) | |
| HERALD GROUP, A PRODUCT OF ) | |
| THE TENNESSEAN ) | |

## ORDER

Pending before the Court are Plaintiff's Motion For Partial Summary Judgment (Docket No. 27), and the Defendant's Motion For Summary Judgment (Docket No. 33).

For the reasons set forth in the accompanying Memorandum, Plaintiff's Motion For Partial Summary Judgment (Docket No. 27) is DENIED, and the Defendant's Motion For Summary Judgment (Docket No. 33) is GRANTED, and this action is dismissed.

This Order shall constitute the judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so ORDERED.

                                                           _____
                                                           TODD J. CAMPBELL
                                                           UNITED STATES DISTRICT JUDGE