# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| **DEBORAH MICHELLE BRANHAM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | No. 3:08-cv-0700 |
| | ) | Judge Sharp |
| v. | ) | Magistrate Judge Knowles |
| | ) | |
| **GANNETT SATELLITE INFORMATION NETWORK, INC. d/b/a THE DICKSON HERALD GROUP, A PRODUCT OF THE TENNESSEAN,** | ) ) ) ) ) ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum issued contemporaneously herewith, Defendant Gannett Satellite Information Network, Inc.'s Renewed Motion for Summary Judgment (Docket No. 118) is hereby DENIED.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE